IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLARD BIRTS, JR.,

        Plaintiff,                    No. CIV S-05-1101 LKK EFB P

    vs.

G. SALAS, et al.,                    FINDINGS AND RECOMMENDATIONS

        Defendants.

                                /

        Plaintiff's first amended complaint was ordered dismissed and his application to proceed *in forma pauperis* was denied, without prejudice, on December 12, 2006. The court ordered plaintiff to file within 30 days an appropriate affidavit in support of his request to proceed *in forma pauperis*, and to file a second amended complaint. The court warned plaintiff that failure to comply with that order would result in a recommendation of dismissal. The 30 days have expired and plaintiff has not complied with or responded to the court's order.

        Accordingly, it is hereby RECOMMENDED that this action be dismissed. *See* Fed. R. Civ. P. 41(b); Local Rule 11-110.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written

1

objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

DATED:  February 20, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2